**Abatement Order filed April 21, 2020**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00908-CV

———————

## TLIG RESTURANTS, LLC, D/B/A JACK IN THE BOX, Appellant

## V.

## DEBRA PENN, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2016-76128**

## ABATEMENT ORDER

The reporter's record in this case was due December 11, 2019. *See* Tex. R. App. P. 35.1. We granted 117 days of extensions to court reporter **Amanda L. King**. When we granted the last extension, we stated no further extensions would be granted. We also previously cautioned that failure to file the reporter's record may result in our abating the appeal and ordering the trial court to conduct a hearing to determine the reason the record had not been filed. The record was due on April 6, 2020, but has not been filed.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **189th District Court** to conduct a hearing, which may take place remotely, at which the court reporter, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record or video recording, of the hearing. The judge shall make findings of fact and conclusions of law and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court by **May 20, 2020**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. **If the court reporter files the record before the date set for the hearing, the appeal will be reinstated, and the trial court need not hold a hearing.**

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer

2